```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RANDOLPH D. BENDO, JENNILYN L.
MUNDA, WINNIE Q. GO, CHRISTIAN M.
GARCIA                                                     ORDER ADOPTING R&R
                                                           12-CV-5367 (DRH)(AYS)
                            Plaintiffs,
        -against-

MELODY T. BAUTISTA, CHRISTOPHER
BAUTISTA, MAMARONECK PHYSICAL
THERAPY, P.C.,

                            Defendants.
-------------------------------------------------------X
```

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated August 30, 2017 ("R&R"), of Magistrate Judge Anne Y. Shields recommending that the motion of plaintiffs for a default judgment against defendants be granted and that plaintiffs be awarded of damages in the total amount of $183,957.50, consisting of (1) $63,040.24 in damages to plaintiff Randolph D. Bendo, (2) $58,707.02 in damages to plaintiff Jennilyn L. Munda, (3) $46,480.30 in damages to plaintiff Winnie Q. Go, (4) $15,379.94 damages to plaintiff Christian M. Garcia, and (5) $350 in costs, plus post-judgment interest pursuant to 28 U.S.C. § 1961 and further recommending that plaintiffs' request for attorneys' fees be denied without prejudice to renewal. More than fourteen days have elapsed since service of the R&R and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the August 30, 2017 R&R of Judge Shields as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a default judgment against defendants Melody T. Bautista, Christopher Bautista and Mamaroneck Physical Therapy, P.C. be granted and that plaintiffs be awarded of damages in the total amount of $183,957.50 as against said defendants, jointly and severally, consisting of (1) $63,040.24 in damages to plaintiff Randolph D. Bendo, (2) $58,707.02 in damages to plaintiff Jennilyn L. Munda, (3) $46,480.30 in damages to plaintiff Winnie Q. Go, (4) $15,379.94 damages to plaintiff Christian M. Garcia, and (5) $350 in costs, plus post-judgment interest thereon pursuant to 28 U.S.C. § 1961; and

**IT IS FURTHER ORDERED THAT** plaintiffs' request for attorneys' fees be denied without prejudice to renewal.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, N.Y.
September 20, 2017

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge